No. 589. BIDDLE *v.* IRVING TRUST CO., TRUSTEE. *Ante,* p. 708. February 18, 1935. Petition for rehearing denied.

No. 214. FORREST *v.* JACK, RECEIVER. *Ante,* p. 158. March 4, 1935. Petition for rehearing denied.

No. 439. WILOIL CORPORATION *v.* PENNSYLVANIA. *Ante,* p. 169. March 4, 1935. Petition for rehearing denied.

No. 562. JORDAHL ET AL. *v.* IRVING TRUST CO., TRUSTEE. *Ante,* p. 710. March 4, 1935. Petition for rehearing denied.

No. 644. STEELE *v.* NEW YORK. *Ante,* p. 710. March 4, 1935. Petition for rehearing denied.

No. 643. DUKE *v.* COMMITTEE ON GRIEVANCES ET AL. *Ante,* p. 709. March 11, 1935. Petition for rehearing denied.

No. 669. SPRUILL *v.* CRAWFORD. *Ante,* p. 714. March 11, 1935. Petition for rehearing denied.

No. 187. DINGFELDER ET AL. *v.* THE BRENTA II ET AL.; and
No. 188. BOERA ET AL. *v.* THE BRENTA II. 293 U. S. 579. March 11, 1935. Motion for leave to file petition for rehearing denied.

No. 651. ZICCARDI *v.* TRAVELERS INSURANCE CO. ET AL. *Ante,* p. 716. March 18, 1935. Petition for rehearing denied.